|   |   |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
|   | JULIA M. ADAMS (State Bar No. 230795) |
| 2 | THOMAS E. FRANKOVICH, |
|   | *A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue |
|   | San Francisco, CA 94109 |
| 4 | Telephone:    415/674-8600 |
|   | Facsimile:     415/674-9900 |
| 5 |   |
|   | Attorneys for Plaintiffs |
| 6 | LES JANKEY, CRAIG YATES |
|   | and DISABILITY RIGHTS, |
| 7 | ENFORCEMENT, EDUCATION, |
|   | SERVICES: HELPING YOU |
| 8 | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LES JANKEY, an individual; CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, | ) ) ) ) ) ) ) | **CASE NO. C06-3289 MJJ** <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT LETICIA M. LUNA, as trustee for the LETICIA M. LUNA REVOCABLE TRUST TO RESPOND TO COMPLAINT** |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TED'S SPORT BAR & GRILL; LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST; RLL INC., a California corporation, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiffs LES JANKEY; CRAIG YATES; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST, through her undersigned counsel, stipulate as follows:

///

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT
LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST, TO
RESPOND TO COMPLAINT                                                                                                   CASE NO. C06-3289 MJJ

1  1.  Defendant LETICIA M. LUNA as trustee for the LETICIA M. LUNA
2  REVOCABLE TRUST, is granted an extension of time to and including July 31, 2006, to
3  answer or otherwise respond to plaintiffs' complaint.
4  2.  In the event defendant LETICIA M. LUNA as trustee for the LETICIA M. LUNA
5  REVOCABLE TRUST, files a motion in lieu of an answer to plaintiffs' complaint, the hearing
6  on such motion shall be set on a date no sooner than 45 days from the filing of said motion.
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3. Defendant further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: July 10, 2006     THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
    Julia M. Adams
Attorneys for Plaintiffs LES JANKEY; CRAIG YATES; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: June 30, 2006     COLLETTE, ERICKSON FARMER & O'NEILL, LLP

By: _____/s/_____
    Robert S. Lawrence
Attorney for Defendant LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST

**O R D E R**

IT IS SO ORDERED.

DATED: \_July 13_____, 2006

_____
Hon. Martin J. Jenkins
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST, TO RESPOND TO COMPLAINT     CASE NO. C06-3289 MJJ    3

# CERTIFICATE OR PROOF OF SERVICE

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST TO RESPOND TO COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ____ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Robert S. Lawrence
Collette, Erickson, Farmer & O'Neill, LLP
235 Pine Street, Ste. 1300
San Francisco, CA 94104-2733

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on July 11, 2006, at San Francisco, California.

_____/s/_____
Jennifer L. Steneberg
(Original signed)