1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:  415/674-9900
5
   Attorneys for Plaintiffs
6  LES JANKEY, CRAIG YATES
   and DISABILITY RIGHTS,
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
   LES JANKEY, an individual;          )   CASE NO. C06-3289 MJJ
12 CRAIG YATES, an individual; and      )
   DISABILITY RIGHTS,                   )   **STIPULATION AND [PROPOSED]**
13 ENFORCEMENT, EDUCATION,              )   **ORDER CONTINUING THE CASE**
   SERVICES: HELPING YOU HELP           )   **MANAGEMENT CONFERENCE**
14 OTHERS, a California public benefit   )
   corporation,                         )
15                                      )
           Plaintiffs,                  )
16                                      )
   v.                                   )
17                                      )
   TED'S SPORT BAR & GRILL;             )
18 LETICIA M. LUNA as trustee for       )
   the LETICIA M. LUNA                  )
19 REVOCABLE TRUST; RLL INC.,           )
   a California corporation,            )
20                                      )
           Defendants.                  )
21 _____)

22

23      Plaintiffs LES JANKEY, CRAIG YATES, and DISABILITY RIGHTS

24 ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

25 through their undersigned counsel, and defendants LETICIA M. LUNA as

26 trustee for the LETICIA M. LUNA REVOCABLE TRUST, and RLL INC., a

27 California corporation, through their undersigned counsel, respectfully request

28 and stipulate as follows:

STIPULATION AND [PROPOSED] ORDER CONTINUING
THE CASE MANAGEMENT CONFERENCE                    CASE NO. CV06-3289 MJJ

1.  WHEREAS plaintiffs were informed on August 3, 2006, by counsel for defendants that they have not named all necessary parties to this litigation; and

2.  WHEREAS plaintiffs will be filing a first amended complaint along with a stipulation and proposed order, no later than August 7, 2006; and

2.  WHEREAS a Case Management Conference is currently on calendar for August 22, 2006, and

3.  WHEREAS the parties wish to continue the Case Management Conference in order to give plaintiffs an opportunity to file the first amended complaint, effectuate service, and allow the added defendants sufficient time to appear in the action.

4.  THEREFORE, the parties hereby stipulate to, and respectfully request a continuance of the Case Management Conference to October 31, 2006, or a date thereafter, as is convenient to the Court.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: August 3, 2006            THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By:    /s/
                                      Julia M. Adams
                                 Attorneys for Plaintiffs LES JANKEY;
                                 CRAIG YATES; and DISABILITY
                                 RIGHTS ENFORCEMENT, EDUCATION
                                 SERVICES: HELPING YOU HELP
                                 OTHERS

DATED: August 3, 2006            McNAMARA, DODGE, LLP


                                 By:    /s/
                                      Lisa Roberts
                                 Attorneys for Defendant LETICIA M.
                                 LUNA as trustee for the LETICIA M.
                                 LUNA REVOCABLE TRUST

### ORDER

IT IS ORDERED that the Case Management Conference currently on calendar for August 22, 2006, is VACATED and reset to ___October 31_____, 2006. at 2:00 p.m.


DATED: August __11__, 2006

                                 _____
                                 Hon. Martin J. Jenkins
                                 United States District Court Judge