| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JENNIFER L. STENEBERG (State Bar No. 202985) |
| 2 | JULIA M. ADAMS (State Bar No. 230795)<br>THOMAS E. FRANKOVICH, |
| 3 | *A Professional Law Corporation*<br>2806 Van Ness Avenue |
| 4 | San Francisco, CA 94109<br>Telephone:   415/674-8600 |
| 5 | Facsimile:    415/674-9900 |

Attorneys for Plaintiffs
LES JANKEY, CRAIG YATES
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>TED'S SPORT BAR & GRILL; LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST; RLL INC., a California corporation,<br><br>        Defendants. | CASE NO. C063289 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

   IT IS HEREBY STIPULATED by the parties hereto that plaintiffs may file the Second Amended Complaint attached hereto as Exhibit "A". Since the filing of the complaint herein, plaintiffs have learned that Tae In Chin and Young Yae Jin are the operators of the business known as Ted's Sports Bar & Grill, which is subject to this litigation, and accordingly they are proper defendants to this action. Plaintiffs' Second Amended Complaint adds Tae In Chin and Young Yee Jin .

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT          1

IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts and sent by facsimile with the same force and effect of an original signature.

IT IS SO STIPULATED.

DATED: August 7, 2006  THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/_____
      Julia M. Adams
Attorneys for Plaintiffs LES JANKEY; CRAIG YATES; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: August 3, 2006  McNAMARA, DODGE, LLP

By: ___/s/_____
      Lisa Roberts
Attorneys for Defendants LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST, and RLL INC., a California corporation,

**ORDER**

IT IS SO ORDERED.

Dated: __August 11__, 2006

_____
Hon. Martin J. Jenkins
United States District Court Judge