1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  LES JANKEY, CRAIG YATES
   and DISABILITY RIGHTS,
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 LES JANKEY, an individual; CRAIG      )   **CASE NO. C063289 MJJ**
   YATES, an individual; and DISABILITY  )
13 RIGHTS, ENFORCEMENT,                  )   **STIPULATION AND ▮▮▮▮▮▮▮▮**
   EDUCATION, SERVICES: HELPING          )   **ORDER CONTINUING THE CASE**
14 YOU HELP OTHERS, a California public   )   **MANAGEMENT CONFERENCE**
   benefit corporation,                  )
15                                       )
           Plaintiffs,                   )
16                                       )
   v.                                    )
17                                       )
   TED'S SPORT BAR & GRILL; LETICIA      )
18 M. LUNA as trustee for the LETICIA M. )
   LUNA REVOCABLE TRUST; RLL INC., a)
19 California corporation; TAE IN CHIN and)
   YOUNG YAE JIN, dba TED'S SPORTS       )
20 BAR & GRILL,                          )
                                         )
21         Defendants.                   )
22 _____)

23

24        Plaintiffs LES JANKEY, CRAIG YATES, and DISABILITY RIGHTS

25 ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their

26 undersigned counsel, and defendants LETICIA M. LUNA as trustee for the LETICIA M. LUNA

27 REVOCABLE TRUST, and RLL INC., a California corporation, through their undersigned

28 counsel, respectfully request and stipulate as follows:

1.     WHEREAS a Case Management Conference is currently on calendar for October 31, 2006, and

2.     WHEREAS defendants TAE IN CHIN and YOUNG YAE JIN, dba TED'S SPORTS BAR & GRILL have not yet filed a response to the complaint, but contacted plaintiffs' counsel on October 17, 2006, through a personal representative, who indicated that defendants intended to file an answer forthwith; and

3.     WHEREAS the parties have agreed to a site inspection on November 6, 2006, in order to begin discussing a resolution of this matter; and

4.     WHEREAS plaintiffs' counsel is scheduled to be in trial in the matter of Moss v. Comfort Inn Woodland Hills, CV04-7939 FMC (MCx), in Los Angeles beginning October 31, 2006, and counsel for defendants LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST, and RLL INC., is scheduled to be in trial beginning November 27, 2006, the parties wish to continue the Case Management Conference to a date counsel is available and to give defendants TAE IN CHIN and YOUNG YAE JIN, dba TED'S SPORTS BAR & GRILL the opportunity to obtain counsel and appear in the action.

4.     THEREFORE, the parties hereby stipulate to, and respectfully request a continuance of the Case Management Conference from October 31, 2006, to December 5, 2006, or a date thereafter, as is convenient to the Court.

///
///
///
///
///
///
///
///
///
///

STIPULATION AND [ ] ORDER CONTINUING
THE CASE MANAGEMENT CONFERENCE            CASE NO. CV06-3289 MJJ    2

1    This Stipulation may be executed in faxed counterparts, all of which together shall

2  constitute one original document.

3    IT IS SO STIPULATED.

4
   DATED: October 18, 2006             THOMAS E. FRANKOVICH,
5                                       *A PROFESSIONAL LAW CORPORATION*

6

7                                       By: _____/s/_____
                                              Julia M. Adams
8                                       Attorneys for Plaintiffs LES JANKEY; CRAIG
                                        YATES; and DISABILITY RIGHTS
9                                       ENFORCEMENT, EDUCATION SERVICES:
                                        HELPING YOU HELP OTHERS
10

11 DATED: October 18, 2006             McNAMARA, DODGE, LLP

12

13                                      By: _____/s/_____
                                              Lisa Roberts
14                                      Attorneys for Defendant LETICIA M. LUNA as
                                        trustee for the LETICIA M. LUNA REVOCABLE
15                                      TRUST

16                                           **ORDER**

17

18    IT IS ORDERED that the Case Management Conference currently on calendar for

19 October 31, 2006, is VACATED and reset to _____December 12_____, 2006. at 2:00 p.
                                                                              m.
20

21 DATED: October  24 , 2006

22                                      _____
                                             Hon. Martin J. Jenkins
23                                      United States District Court Judge

24

25

26

27

28

STIPULATION AND [        ] ORDER CONTINUING
THE CASE MANAGEMENT CONFERENCE            CASE NO. CV06-3289 MJJ           3