LISA R. ROBERTS (State Bar No. 141171)
McNAMARA, DODGE, NEY, BEATTY,
 SLATTERY, PFALZER & BORGES LLP
1211 Newell Avenue
Walnut Creek, CA 94596

Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant/Cross-Complainant
LETICIA M. LUNA as trustee for the LETICIA M. LUNA
REVOCABLE TRUST AND RLL INC., a California corporation

Attorneys for Plaintiff

FILED

2007 MAR 27  AM 11: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

## U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TED'S SPORT BAR & GRILL; LETICIA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST; RLL INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C 06-3289 JCS<br><br>**TEMPORARY PROTECTIVE ORDER**<br><br>Complaint Filed: 05/30/06 |

The Court has considered Cross-Complainants' Ex Parte Application For a Right to Attach Order, and for an Order for Issuance of Writ of Attachment pursuant to Chapter 4 (beginning with Code Civ. Proc., § 484.010). The Court has also considered Cross-Complainants' Ex Parte Application for a Temporary Protective Order. The property to be

1

TEMPORARY PROTECTIVE ORDER

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

attached is the proceeds from sale currently held in escrow by Mechanics Bank, Business Escrow Services, Escrow No. 002002-KC.

The Court finds defendant is a natural person and further finds that great or irreparable injury will result to the Cross-Complainants if an Attachment is not issued because there is a danger that the property sought to be attached would be made unavailable to levy. The Court further finds that the requirements of California Code of Civil Procedure section 485.220 have been satisfied. However, because an undertaking has yet to be filed, an attachment cannot issue until the undertaking in the amount of $10,000 has issued and proof thereof filed with this Court. Provided, however, a temporary protective order shall hereby issue, which order shall expire on March 30, 2007. This temporary protective order shall restrict, for a period of one week beginning March 23, 2007, the disbursement of the proceeds in the amount of $107,600 currently held by the Mechanics Bank, Business Escrow Services, 1999 Harrison Street, Suite 100, Oakland, CA 94612 (escrow No. 002005-KC).

## ORDER

No proceeds of Escrow No. 002005-KC shall be disbursed for a period of one week, commencing March 23, 2007. This order shall expire on March 30, 2007, at the earliest.

DATED: 3/27/07

HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LES JANKEY et al,             Case Number: CV06-03289 JCS

    Plaintiff,                **CERTIFICATE OF SERVICE**

v.

TED'S SPORT BAR & GRILL et al,

    Defendant.
                                   /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas E. Frankovich
Julia Marie Adams
The Frankovich Group
2806 Van Ness Avenue
San Francisco, CA 94109

Lisa R. Roberts
McNamara Dodge Ney Beatty Slattery
1211 Newell Avenue
2nd Floor
Walnut Creek, CA 94596

Tae In Chin
Ted's Sport Bar & Grill
398 - 7th Street
San Francisco, CA 94103

Young Yae Chin
Ted's Sport Bar & Grill
398 - 7th Street
San Francisco, CA 94103

Ted's Sport Bar & Grill
398 - 7th Street
San Francisco, CA 94103

Eric Safire
2431 Filmore Street
San Francisco, CA 94115

Dated: March 27, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

2