NAME, ADDRESS & TELEPHONE NUMBER
OF ATTORNEY(S) Lisa R. Roberts, SB #141171
McNAMARA, DODGE, NEY, BEATTY, SLATTERY, (925) 939-5330
PFALZER, BORGES & BROTHERS LLP
1211 Newell Ave.
Walnut Creek, CA 94596
Attorneys for Def/Cross-Complainant LETICA M. LUNA

**FILED**

MAR 30 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LES JANKEY, et al.,

PLAINTIFF(S)

VS

TED'S SPORT BAR & GRILL, et al.

DEFENDANT(S)

CASE NUMBER
C 06-3289 JCS

Ex Parte JCS

[X] RIGHT TO ATTACH ORDER ~~AFTER HEARING~~
[X] ORDER FOR ISSUANCE OF WRIT OF
ATTACHMENT ~~AFTER HEARING~~ Ex Parte JCS

**BY FAX**

1. The application of ~~plaintiff~~ (name): LETICA M. LUNA dba RLL INC., Cross-Complainant

   for [X] a right to attach order and order for issuance of writ of attachment
       [X] an order for issuance of writ of attachment
   against the property of Cross-defendant (name): TAE IN CHIN dba TED'S SPORTS BAR & GRILL
   came on for hearing as follows (check boxes in item 1c and d to indicate personal presence):
   a. Judge (name): Magistrate Judge Joseph C. Spero
   b. Hearing date: 3/23/07     time: 1:30 pm     Courtroom   A, 15th Flr
   c. [X] ~~Plaintiff~~ (name): LETICA M. LUNA dba RLL INC   [X] Attorney (name): Lisa R. Roberts
         Cross-Complainant
   d. [X] ~~Defendant~~ (name): TAE IN CHIN dba TED'S SPORTS   [X] Attorney (name): Cross-Defendant in Pro Per
         Cross-Defendant X       BAR & GRILL

**FINDINGS**

2. THE COURT FINDS
   a. Defendant is a
      [ ] corporation   [ ] partnership   [ ] unincorporated association   [X] natural person
   b. [X] The claim upon which the application is based is one upon which an attachment may be issued.
   c. [X] Plaintiff has established the probable validity of the claim upon which the application is based.
   d. [X] The attachment is not sought for a purpose other than the recovery on the claim upon which the application is based.
   e. [ ] Defendant failed to prove that all of the property described in plaintiff's application is exempt from attachment.
   f. [ ] The following property of defendant, described in plaintiff's application, is exempt from attachment (specify):

   g. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) [ ] is exempt from attachment (specify):

      (2) [ ] is not exempt from attachment (specify):

   h. [X] An undertaking in the amount of $ 10,000   is required before a writ shall issue, and plaintiff
          [X] has  [ ] has not  filed an undertaking in that amount.
   i. [X] A Right to Attach Order pursuant to   [X] ~~CCP 484.090 (on hearing)~~ JCS   [X] CCP 485.220 (ex parte)
          was issued on (date):
   j. [X] The court pursuant to CCP 485.240 found plaintiff is entitled to a Right to Attach Order on
          (date): 3/23/07 JCS
   k. [ ] Other (specify):

(Continued on reverse)

CV-4b 5/86   RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)   CCD-4B

| SHORT TITLE: JANKEY, et al. v. TED'S SPORT BAR & GRILL, et al. | CASE NUMBER: C 06-3289 JCS |
|---|---|

## ORDER

3. IT IS ORDERED Cross-Complainant         Cross-
   a. [X] Plaintiff has a right to attach property of defendant (name): TAE IN CHIN dba TED'S SPORTS BAR & GRILL

      in the amount of $ 107,600

   b. [ ] The property described in items 2f and 2g(1) of the findings is exempt and shall not be attached.
   c. [X] The clerk shall issue a writ of attachment [X] forthwith [ ] upon the filing of an undertaking
      in the amount of $ 107,600              against defendant for

      (1) [ ] any property of a defendant who is not a natural person for which a method of levy is provided.
      (2) [X] property of a defendant who is a natural person (describe property and identify statute authorizing method of levy): The $107,600.00 is being held in an escrow account with Mechanics Bank

      Where required provide the following additional information:
      (a) [X] The property is in the possession, custody or control of a nondefendant, or a nondefendant has an interest in the property (state the name and address of the nondefendant):

          The Mechanics Bank, Business Escrow Services, 1999 Harrison St., Suite 100, Oakland, CA 94612 (510) 251-6135, Escrow Acct No. 002005-KC

      (b) [ ] The property is a crop, timber, or mineral or the like (describe the real property on which it is located):

      (c) [X] The property is money of a defendant who is a natural person, and the property is
          (i) [ ] located on the premises where a trade, business, or profession is conducted by defendant;
          (ii) [X] in excess of $1,000 located elsewhere than on the premises where a trade, business, or profession is conducted by defendant and not in deposit accounts;
          (iii) [ ] located in a deposit account in excess of $1,000;
          (iv) [ ] in excess of an aggregate amount of $1,000 located
                [ ] in deposit accounts.
                [ ] in a deposit account and money located elsewhere than on the premises where a trade, business, or profession is conducted by defendant.

   d. [ ] Defendant (name):

          [ ] who was personally present when the following order was pronounced orally by the court shall transfer to the levying officer possession of
          [ ] any documentary evidence in defendant's possession of title to any property described in item 3c;
          [ ] any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
          [ ] the following property in defendant's possession (specify):

      NOTICE TO DEFENDANT: Failure to comply with this order may subject you to arrest and punishment for contempt of court.

   e. [ ] Other:

   f. Total number of boxes checked in item 3:

Date: 03/30/07

▶ JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

(TYPE OR PRINT NAME)                                  (Signature of Magistrate)

CV-4b 5/86     RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER                        Page two
               FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)      10346786.tif - 3/16/2007 2 31 04 PM

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LES JANKEY et al,

    Plaintiff,

v.

TED'S SPORT BAR & GRILL et al,

    Defendant.
_____/

Case Number: CV06-03289 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas E. Frankovich
Julia Marie Adams
The Frankovich Group
2806 Van Ness Avenue
San Francisco, CA 94109

Lisa R. Roberts
McNamara Dodge Ney Beatty Slattery
1211 Newell Avenue
2nd Floor
Walnut Creek, CA 94596

Tae In Chin
Ted's Sport Bar & Grill
398 - 7th Street
San Francisco, CA 94103

Young Yae Chin
Ted's Sport Bar & Grill
398 - 7th Street
San Francisco, CA 94103

Ted's Sport Bar & Grill
398 - 7th Street
San Francisco, CA 94103

Eric Safire
2431 Filmore Street
San Francisco, CA 94115

Robert O. Divelbiss
Collette, Erickson, Farmer & O'Neill
235 Pine Street, Ste 1300
San Francisco, CA 94104

Dated: March 30, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

2