Mark Hooshmand, Esq. (SBN 194878)
Law Offices of Mark Hooshmand
1388 Haight St., Ste. 22
San Francisco, CA 94117
Tel:  (415) 863-2345
Fax: (415) 863-2260
Attorney for TAE IN CHIN dba TED'S SPORTS BAR & GRILL

US DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual, CRAIG YATES, an individual, and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br>　　　　　Plaintiffs.<br>vs.<br><br>TED'S SPORT BAR & GRILL, LETICTA M. LUNA as trustee for the LETICIA M. LUNA REVOCABLE TRUST, RLL INC , a California corporation, TAE IN CHIN and YOUNG YAE JIN dba TED'S SPORTS BAR & GRILL,<br>　　　　　Defendants. | CASE NO.:   C 06-3289 JCS<br><br>REQUEST FOR SUBSTITUTION OF ATTORNEY BY TAE IN CHIN dba TED'S SPORTS BAR & GRILL<br><br><br><br>Complaint Filed:　　　　05/30/06<br>Cross-Complaint Filed:　　03/14/07 |
| LETICIA M. LUNA dba RLL INC., a California corporation,<br><br>　　　　　Cross-Complainant,<br>vs.<br><br>TAE IN CHIN dba TED'S SPORTS BAR & GRILL and FOES 1-10, inclusive,<br><br>　　　　　Cross-Defendants. | |

REQUEST FOR SUBSTITUTION OF ATTORNEY

BY TAE IN CHIN dba TED'S SPORTS BAR & GRILL

TAE IN CHIN dba TED'S SPORTS BAR & GRILL REQUEST FOR SUBSTITUTION OF ATTORNEY   1

CASE NO.:   C 06-3289 JCS

TO CLERK OF THE ABOVE ENTTILED COURT and CROSS-COMPLAINANT LETICIA M. LUNA dba RLL INC., a California corporation:

Cross-Defendant TAE IN CHIN dba TED'S SPORTS BAR & GRILL hereby requests that the Law Offices of Mark Hooshmand and Mark Hooshmand be substituted as the attorney of record for Cross-Defendant TAE IN CHIN dba TED'S SPORTS BAR & GRILL.

Dated: February 7, 2008                           LAW OFFICES OF MARK HOOSHMAND

_____
Mark Hooshmand, Esq.

I consent to the above substitution.

Date: February 20, 2008

_____
TAE IN CHIN dba TED'S SPORTS BAR & GRILL

Dated: Feb. 25, 2008



IT IS SO ORDERED
Judge Joseph C. Spero

CERTIFICATE OF SERVICE
BY MAIL
[FRCP, RULES 5]

I hereby declare that I am a citizen of the United States, am over the age of 18 years and not a party to the above-entitled action. My business address is 1388 Haight St., # 22, San Francisco, CA 94117. On February 23, 2008, I served the following:

REQUEST FOR SUBSTITUTION OF ATTORNEY BY TAE IN CHIN dba TED'S SPORTS BAR & GRILL

on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office Mail Box at San Francisco, California, addressed as follows:

Ms. Lisa R. Roberts
McNamara Dodge Ney Beatty LLP
1211 Newell Avenue; P.O. Box 5288
Walnut Creek, California 94596-5331

Counsel for:   Leticia M. Luna as trustee for the Leticia M. Luna revocable Trust and RLL Inc., a California corporation

Telephone:   (925) 939-5330

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2008 at San Francisco, California.

_____
Mark Hooshmand, Esq.

CERTIFICATE OF SERVICE VIA PACER E-FILING
U.S. District Court — Northern District Of California
[ Pursuant to General Order 45; Local Rules, Rule 5-4]

I, Mark Hooshmand, declare as follows:

 I am over 18 years of age and not a party to the above-entitled action. I am employed in San Francisco County, California. My business address is 1388 Haight St., # 22, San Francisco, CA 94117. My electronic notification address is Mark Hooshmand, mark@lawmmh.com.

 Pursuant to U.S. District Court, Northern District of California General Order 45 and Local Rules, Rule 5-4, applicable to designated E-Filing actions, On February 23, 2008, I E-Mailed the following document(s) in PDF format:

REQUEST FOR SUBSTITUTION OF ATTORNEY BY TAE IN CHIN dba TED'S SPORTS BAR & GRILL

to EEC Pacer service, who has been designated by the Court to file said documents with the Court and serve by electronic service on all interested parties, pursuant to the Master Service List on file with EFC Pacer, as mandated by General Order 45 and Rule 5-4. A printed confirmation report/receipt that said e-mail was completed and received without error. Said confirmation will be attached to the above-referenced document/documents and will be maintained in our file.

 In compliance with General Order 45, VID, a true copy of the above-referenced documents were clearly marked as follows with the designated Judge/Magistrate Judge and Courtroom, Case Number:

CHAMBERS COPY
E-FILING DO NOT FILE

and placed in a sealed envelope, addressed to the Chambers of the Judge / Magistrate Judge designated by the Court for this action and forwarded by overnight delivery service, with delivery costs prepaid, for receipt the next business day, addressed as follows:

The Honorable Joseph C. Spero
Courtroom "A", 15th Floor
US DISTRICT COURT
NORTRERN DISTRICT OF CALIFORNIA
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 23, 2008, at San Francisco, California

_/s/ Mark Hooshmand_
Mark Hooshmand, Esq.

---

TAE IN CHIN dba TED'S SPORTS BAR & GRILL REQUEST FOR SUBSTITUTION OF ATTORNEY 4

CASE NO.: C 06-3289 JCS