1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiffs
   LES JANKEY, CRAIG YATES
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | LES JANKEY, an individual; CRAIG | ) | **CASE NO. C06-3289 JCS** |
|    YATES, an individual; and DISABILITY | ) | |
12 | RIGHTS, ENFORCEMENT, | ) | **STIPULATION OF DISMISSAL (AS TO** |
|    EDUCATION, SERVICES: HELPING | ) | **PLAINTIFFS' CLAIMS AGAINST** |
13 | YOU HELP OTHERS, a California public | ) | **DEFENDANTS) AND [PROPOSED]** |
|    benefit corporation, | ) | **ORDER THEREON** |
14 | | ) | |
|         Plaintiffs, | ) | |
15 | | ) | |
|    v. | ) | |
16 | | ) | |
|    TED'S SPORT BAR & GRILL; LETICIA | ) | |
17 | M. LUNA as trustee for the LETICIA M. | ) | |
|    LUNA REVOCABLE TRUST; RLL INC., a | ) | |
18 | California corporation; TAE IN CHIN and | ) | |
|    YOUNG YAE JIN, dba TED'S SPORTS | ) | |
19 | BAR & GRILL, | ) | |
|    | ) | |
20 |      Defendants. | ) | |

21

        The parties, by and through their respective counsel, stipulate to dismissal of this action

22  as to plaintiffs' claims against defendants with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

23      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

24  their designated counsel that the above-captioned action as to plaintiffs' claims against

25  defendants be and are hereby dismissed with prejudice pursuant to Federal Rules of Civil

26  Procedure section 41(a)(1).

27  ///

28

STIPULATION OF DISMISSAL (AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANTS) AND [PROPOSED]
ORDER THEREON

1    This stipulation may be executed in counterparts, all of which together shall constitute

2    one original document.

3

4    Dated: __8/21__, 2008      THOMAS E. FRANKOVICH
                   *A PROFESSIONAL LAW CORPORATION*

5

6

7                  By: _____
                   Thomas E. Frankovich
                   Attorneys for Plaintiffs LES JANKEY; CRAIG

8                    YATES; and DISABILITY RIGHTS
                   ENFORCEMENT, EDUCATION, SERVICES:

9                    HELPING YOU HELP OTHERS

10 Dated: __8/20__, 2008      McNAMARA, DODGE, NEY, BEATTY,

11                    SLATTERY, PFALZER & BORGES

12                    By: _____

13                    Lisa R. Roberts
                   Attorneys for Defendants LETICIA M. LUNA as

14                    trustee for the LETICIA M. LUNA REVOCABLE
                   TRUST and RLL INC.

15

16 Dated: _____, 2008      LAW OFFICES OF MARK HOOSHMAND

17

18                    By: _____
                   Mark Hooshmand
                   Attorneys for Defendants TAE IN CHIN and

19                    YOUNG YAE JIN, dba TED'S SPORTS BAR &
                   GRILL

20

21                    **ORDER**

22    IT IS HEREBY ORDERED that the matter as to plaintiffs' claims against defendants is

23 dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

24

25

26 Dated: _____, 2008      _____

27                    Hon. Joseph C. Spero
                   UNITED STATES DISTRICT JUDGE

28

STIPULATION OF DISMISSAL (AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANTS) AND [PROPOSED]
ORDER THEREON                                              -2-

1    This stipulation may be executed in counterparts, all of which together shall constitute

2    one original document.

3

4    Dated: _____8/21_____, 2008          THOMAS E. FRANKOVICH
                                           A PROFESSIONAL LAW CORPORATION
5

6
                                           By: _____
7                                              Thomas E. Frankovich
                                           Attorneys for Plaintiffs LES JANKEY; CRAIG
8                                          YATES; and DISABILITY RIGHTS
                                           ENFORCEMENT, EDUCATION, SERVICES:
9                                          HELPING YOU HELP OTHERS

10   Dated: _____8/20_____, 2008           McNAMARA, DODGE, NEY, BEATTY,
11                                         SLATTERY, PFALZER & BORGES

12
                                           By: _____
13                                             Lisa R. Roberts
                                           Attorneys for Defendants LETICIA M. LUNA as
14                                         trustee for the LETICIA M. LUNA REVOCABLE
                                           TRUST and RLL INC.
15

16   Dated: _____8/21_____, 2008           LAW OFFICES OF MARK HOOSHMAND

17
                                           By: _____
18                                             Mark Hooshmand
                                           Attorneys for Defendants TAE IN CHIN and
19                                         YOUNG YAE JIN, dba TED'S SPORTS BAR &
                                           GRILL
20

21                                    **ORDER**

22        IT IS HEREBY ORDERED that the matter as to plaintiffs' claims against defendants is

23   dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

24

25

26   Dated: _____Aug. 22_____, 2008

27   UNITED STATES

28                                         Judge Joseph C. Spero

STIPULATION OF DISMISSAL (AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANTS) AND [PROPOSED]
ORDER THEREON                                                                    -2-