UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LES JANKEY, ET AL.,

        Plaintiff(s),

    v.

TED'S SPORT BAR & GRILL, ET AL.,

        Defendant(s).

Case No. C-06-03289 JCS

**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On September 22, 2008 the Court ordered the parties to show cause why this action should not be dismissed for lack of federal jurisdiction. A hearing was held on the Order to Show Cause on October 10, 2008. For the reasons stated on the record this case is dismissed without prejudice for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1367 and the statute of limitations is tolled until 30 days from today unless state law provides for a longer tolling period. In addition, certain proceeds have been attached and are in the custody of the United States' Marshal pursuant to a writ of attachment. The Marshall is Ordered to keep custody of those proceeds for 120 days, beginning today, unless otherwise ordered by the Court.

    IT IS SO ORDERED.

Dated: October 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge